# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| COURTREL WALKER, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No.   1:14-CV-0131-SNLJ |
| SHAWN OWENS, et al., | ) ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon plaintiff's motion for extension of time to provide a prisoner account statement. Plaintiff, a prisoner, has submitted a motion to proceed in forma pauperis. However, plaintiff has failed to file a certified copy of his prison account statement for the six-month period immediately preceding the filing of the complaint.[1] As a result, the Court will order plaintiff to submit a current certified copy of his prison account statement within forty-five (45) days of the date of this Order. If plaintiff fails to comply with this Order, this action will be dismissed without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for extension of time to file a certified copy of his prison account statement [Doc. #7] is **GRANTED**.

---

[1] The prison account statement filed by plaintiff does not include the six months immediately preceding the filing of the complaint.

**IT IS FURTHER ORDERED** that plaintiff shall submit a certified copy of his prison account statement for the six-month period immediately preceding the filing of the complaint within forty-five (45) days of the date of this Memorandum and Order.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, this action will be dismissed without prejudice.

Dated this 6th day of November, 2014.

_____
**STEPHEN N. LIMBAUGH, JR.**
**UNITED STATES DISTRICT JUDGE**